# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 7, 2005

128131

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

KEVIN MACLACHLAN, Personal Representative
of the Estate of DAVID MACLACHAN,
Deceased,
      Plaintiff-Appellee,

v

      SC: 128131
      COA: 252221
      Ingham CC: 02-001949-NI

CAPITAL AREA TRANSPORTATION
AUTHORITY and JOHN DOE,
      Defendants,

and

CITY OF LANSING,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the January 20, 2005 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), we direct the Clerk to schedule oral argument on whether to grant the application or take other peremptory action permitted by MCR 7.302(G)(1). The parties shall include among the issues to be addressed at oral argument whether the Court of Appeals erred in reversing the trial court's conclusion that defendant City of Lansing was entitled to summary disposition based on governmental immunity. The parties may file supplemental briefs within 28 days of the date of this order, but they should avoid submitting mere restatement of arguments in application papers.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 7, 2005

_____
Clerk

s1003